UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

GILL HOLDING COMPANY, INC., a
Michigan corporation,

           Plaintiff,

vs

DAVIS CAPITAL ADVISORS, LLC, an
Illinois limited liability company,

           Defendant.

Case No.  1:17-cv-01079

HON. PAUL L. MALONEY

---

James R. Peterson (P43102)
Christopher J. Schneider (P74457)
MILLER JOHNSON
Attorneys for Plaintiff
45 Ottawa Avenue, S.W., Suite 1100
Grand Rapids, MI  49503
(616) 831-1700

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Per Fed. R. Civ. P. 41(a)(1)(A), Plaintiff dismisses this action without prejudice.

           MILLER JOHNSON
           Attorneys for Plaintiff

Dated:  March 8, 2018

By    /s/ Christopher J. Schneider
      James R. Peterson (P43102)
      Christopher J. Schneider (P74457)
Business Address:
      45 Ottawa Avenue, S.W., Suite 1100
      Grand Rapids, MI  49503
      Telephone:  (616) 831-1700